FILED

SEP 20 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK BUSTAMANTE,<br>RICK OWEN, and<br>JERY BARTON | CASE NUMBER: 19 CR 733<br><br>UNDER SEAL<br><br>MAGISTRATE JUDGE GILBERT |

### GOVERNMENT'S MOTION TO SEAL
### COMPLAINT, AFFIDAVIT, AND ARREST WARRANTS

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrants:

The public filing of the Complaint, Affidavit, and Arrest Warrants in this matter before the arrest warrants can be executed could alert the defendants and result in their flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrants, as well as this Motion to Seal, be sealed until the time of arrest of all defendants in this case or further order of the Court, whichever occurs earlier.

DATE: September 20, 2019

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: _____
Matthew J. McCrobie
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5356