

# Defendant's Exhibits
# 1 through 6

**FILED**

NOV 14 2019

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| Call Number | Date | Time | Case Number | Target | Contact ID | Direction | Duration | Record Flag | Call Type |
|---|---|---|---|---|---|---|---|---|---|
| 363 | 08/09/2019 | 11:17:43 | I1-17-0114 | (305) 833-6886 | (310) 919-9706 | Incoming | 00:00:00 | Pertinent | Text |

Synopsis: Tyson to Bustamante

Text: I shud have Barclays POF for 500m in 2 hour

[End of Message]

L. Gonzalez

| Call Number | Date | Time | Case Number | Target | Contact ID | Direction | Duration | Record Flag | Call Type |
|---|---|---|---|---|---|---|---|---|---|
| 15367 | 08/09/2019 | 11:41:25 | I1-17-0114 | (305) 833-6886 | (419) 306-0100 | Incoming | 00:13:23 | Pertinent | Voice |

Synopsis: Jery to Bustamante

[Call already in progress]

Bustamante: That's what they told me that they were waiting for the confirmation yesterday, which they should have gotten already, and they should be out. So I'll give them a follow up call around 11:00 o'clock.

Jery: Yeah, whatever makes to you. Do you have any inside intel what Randall is up to?

Bustamante: Randall is trying to get money from anywhere that he can because he needs to finish the diamond file. So Ricardo went to Brasil for father's day, which is this weekend, and he's make the decision, if he doesn't have a contract, then he is gonna walk away from diamond deal. It's just being taking a very long time. Remember that Randall told us he already had the money for that?

Jery: Yeah, he said he had 720,000 coming if I recall.

Bustamante: Mm-hum. So it's been dragging on for a few months and no real communication. He doesn't really pay attention to the client. I'm very much against the mentality of... "Well, take it somewhere else." No, even if the other guys are [u/i] and never gets anything done, the point is that you lost a client and the potential over any money for yourself. So I like to keep clients as close as possible.

Jery: Yeah.

Bustamante: So that's that, but he is also finishing up another contract with a different asses, and I think that was supposed to go into trading this coming week. I mean, he is trying to move but there is no real opportunity for cash from him. Cause I reminded him, "Hey man, we need to pay Jery and you also need to pay me for my time dealing with these guys, because it's a lot of work that you haven't done." He goes, "Yeah, I'm trying to get some money, but nothing has come through. Everybody say that they're gonna pay us tomorrow and tomorrow never comes."

Jery: Alright. Well, you are still in full court press mode, right?

Bustamante: Oh, yeah. I'm pressing him, I'm pressing right now the [u/i] server, which should be done by Monday. Hopefully we get that contract by Monday and we'll be operating this week. They already have the pathway that the money can be in to your account within 24 hours after it's done. It's been a lot of work that we been putting into this and then, I've working on 2 other packages for the trade, which is the HSBC package that [U/I] is asking about. Rick and I spoke to the guy that's in charge of it today. He needs about 2 more days to finish it out, and we should have it by then. And I'm also trying to get another gentlemen that works at Bitro Auto Exchange, should give us a packet for Dow's program. So he is working on that, and I am hoping to have that by Sunday.

Jery: Okay. On we go.

Bustamante: Jery, I will leave you with a question. How can we get an account that we can process cash, but exit the money more than 48 hours, maximum 72 hours? What do we really need to develop an account like that?

Jery: You need to have source of cash that will get a banker salivating and...

Bustamante: What you mean?

Jery: It's gotta be large enough amounts of money that will be attractive to a bank. Cause they're gonna make money on it. And it's gotta be on a place where they have some experience with those kind of arrangements. Which would be in one of the states where [u/i] Cannabis is legal, and has been legal for a while. So maybe Washington State. We are legal in Michigan now. Now, bankers are staying away from this type of arrangements because they just don't understand them. The compliance issue is straight forward. I can lay out the compliance issues for you, and we can see if there is a chance for success or not. I would try to set something like that up, if I [Interrupts] the compliance issues could be solved. You know what those issues are, it's origin of funds, NI-money laundering, NI-terrorist. No bribes involved, no foreign assets involved, it's by now a pretty long list.

Bustamante: If we start an account, let's say like with 5 million dollars would that help with the compliance issue?

Jery: Yes. It would pay the fees necessary to... the client really needs to bet their own money. There are law firms that specialize in these agricultural industries and I've sent you a couple of intiminly legal education. The reason people do those seminars is to get their name out there. We just find the best seminar and call one of the lawyers from the panel, and say, "What do you charge for a full compliance betting of this kind of money?" And in the State of Ohio or the State of California wherever it's gonna be, and they're gonna say 25 or 50 grand, and that's gotta be paid. It's a big project, but they have done it over and over. Is this all US?

Bustamante: This is all US, and we are talking about 300,000 at a time. So It's not gonna be in the millions, but what I'm looking for is to be able to deposit in any state that there is a branch for that particular bank, be able to process the funds, even if whatever fees we gotta pay. But be able to exit the funds within 48 hours, 72 hours. You know? Or at least half in 48 hours, then the rest the following day.

Jery: Okay, I understand that. Who are the growers in California using? There is West Bank, is that the name of it?

Bustamante: There is a few banks, but they're still getting really regulated and some of the accounts keep on getting shut down. So the ideal set up would be for, let's say I use my name, let's say that Eric has his own account, Eric takes a possibility within the bank, all we need to do is, well technically not even mention the agricultural part, and that's what a lot of banks have been doing right now. They been doing a lot of underwriting for different type of projects. It just so happens that the deposits happen to be in cash, but they 're not reporting it as



EXHIBIT
Barton 1



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 02, 2017 through February 28, 2017
Account Number: ████████12█76709

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00075080 DRE 001 142 06017 NNNNNNNNNNN T 1 000000000 67 0000

BARTON LAW FIRM, L.P.A.
IOLTA TRUST ACCOUNT
7445 AIRPORT HWY
HOLLAND OH 43528-9544



# REDACTED PURSUANT TO THE FINANCIAL PRIVACY ACT OF 1978
## 12 U.S.C. Ch. 35, Sec. 3401



EXHIBIT

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



BARTON LAW FIRM, L.P.A. IOLTA
7445 AIRPORT HWY
HOLLAND OH 43528-9544

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

*Huntington Ohio IOLTA*    Account: ▓▓▓▓▓▓8708

# REDACTED PURSUANT TO THE FINANCIAL PRIVACY ACT OF 1978
## 12 U.S.C. Ch. 35, Sec. 3401



EXHIBIT
Barton
3

E HUNTINGTON NATIONAL BANK
BOX 1558 EA1W37
)LUMBUS OH 43216-1558



0005875 BARTON LAW FIRM L.P.A.
7445 AIRPORT HWY STE 1-A
HOLLAND OH 43528-9544

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

*Huntington Business Analyzed Checking*   Account: ████████8931

# REDACTED PURSUANT TO THE FINANCIAL PRIVACY ACT OF 1978
# 12 U.S.C. Ch. 35, Sec. 3401



THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



COMPLIANCE PAYMASTER LLC
7445 AIRPORT HWY STE 1A
HOLLAND OH 43528-9544

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

*Huntington Community Business Checking*    Account: ████████9283

# REDACTED PURSUANT TO THE FINANCIAL PRIVACY ACT OF 1978
## 12 U.S.C. Ch. 35, Sec. 3401



THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

 Huntington

0001431 JERY BARTON
C/O JERY BARTON
7445 AIRPORT HWY STE 1-A
HOLLAND OH 43528-9544

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-BANK (2265)

www.huntington.com

*Asterisk-Free Checking Account*     Account: ████████8322

# REDACTED PURSUANT TO THE FINANCIAL PRIVACY ACT OF 1978
# 12 U.S.C. Ch. 35, Sec. 3401



EXHIBIT
Barton
6