# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                             Case No.: 1:19–cr–00733

                                                      Honorable Jeffrey T. Gilbert

Erick Bustamante, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2019:

      MINUTE entry before the Honorable Maria Valdez: The Court is in receipt of the transcript of the Preliminary Hearing in this case. The Government and Defendants Owen and Barton may file a closing statement by 5:00 PM, December 4, 2019. The Court will issue it's ruling on the Preliminary Hearing thereafter. Mailed notice (lp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.