# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Jery Barton, <br><br> Defendant(s). | Case No. 19 CR 733-3 <br> Judge Edmond E. Chang |

## ORDER

Arraignment held. Counsel for Defendant reported Defendant resides in Ohio. Defendant filed a Rule 10 waiver of arraignment and entry of a plea of not guilty as Defendant acknowledged receipt of a copy of the indictment, waived formal reading, and entered a plea of not guilty to all counts in the indictment. Government has disclosed the intercepted Title III recordings and line sheets. The government will provide the audio in a non-Blu-Ray format. Rule 16.1 letter and discovery disclosures due 03/04/2020. The bulk of the remaining discovery primarily comprises of Title III affidavits, interview and surveillance reports, bank records, and records relating to a consensual auto-recording. Counsel for Defendant to discuss with her client if Defendant would like to appear by video for the initial appearance as to the charges in the indictment pursuant to Rule 5 or would he appear before a Judge in the district he resides. Status hearing set for 05/06/2020 at 10:00 a.m. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded from 02/19/2020 through 05/06/2020 under the Speedy Trial Act for continuity of counsel and discovery review. The Court anticipates setting a mid-06/2020 pretrial motions deadline. Defendant's personal appearance is waived unless he chooses to appear by video for his initial appearance at the 05/06/2020 status hearing.

(T:0:15)

Date: 2/19/2020

_____
Edmond E. Chang
United States District Court Judge