# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Ricky Owen, et al.

Defendant.

Case No.: 1:19−cr−00733
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 10, 2022:

MINUTE entry before the Honorable Edmond E. Chang as to Ricky Owen and Jery Barton: The District's Trial Task Force has approved the jury trial, but with a start date on 04/19/2022 rather than 04/18/2022. So the jury trial shall begin on 04/19/2022 at 8:30 a.m. Case participants (lawyers, Defendants, and case agent) must submit to COVID−19 testing on 04/14/2022 between the hours of 8:00 a.m. and 11:45 a.m. The trial is reset pursuant to those dates. The Court also notes that, at the most recent status hearing (on 03/08/2022), the government estimated that the trial would take less than two weeks now that Defendant Bustamante has pled guilty. At the pretrial conference (after reviewing the pretrial filings), the Court does expect to set witness−examination time limits so that the trial will finish before 05/02/2022. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.