UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 19 CR 733-3 |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| JERY BARTON | ) | |

**MOTION TO DISMISS INDICTMENT AS TO**
**DEFENDANT JERY BARTON**

The United States, by and through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss with prejudice the Indictment in the above-captioned case as to defendant JERY BARTON.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: _____
JARED JODREY
RAMON VILLALPANDO
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
312-353-5358