UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 19 CR 733-3 |
| v. | ) | Honorable Edmond E. Chang |
| | ) | |
| JERY BARTON | ) | |

**AGREED ORDER ON RETURN OF PASSPORT**

This matter coming before the Court on the agreed motion of Jery Barton and the United States to have Mr. Barton's passport, which is currently in the custody of the Clerk's Office for U.S. District Court for the Northern District of Illinois, returned to Mr. Barton, the parties represented by counsel and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

The Clerk of the U.S. District Court for the Northern District of Illinois, E.D. is hereby ordered to release Jery Barton's passport in its custody and to transfer it to the Clerk of the Court for the U. S. district for the Northern District of Ohio, Toledo Division at the address below for Mr. Barton to be able to retrieve custody of his passport:

Clerk of the Court
U.S. District Court for the Northern District of Ohio
Toledo Division
1716 Spielbusch Ave.
Room 114
Toledo, Ohio 43604
ATTN:  Stacy Finley, Deputy in Charge

IT IS SO ORDERED:

*Edmond E. Chang*
Honorable Edmond E. Chang
U.S. District Court Judge

1